UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-200-GCM
(1:14-cr-108-GCM-DLH-1)

| | |
|---|---|
| ANTHONY LAMONT HILL, ) ) Petitioner, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) ) | ORDER |

**THIS MATTER** is before the Court on the Government's Motion to Hold Petitioner's Motion to Vacate in Abeyance, (Doc. No. 4), pending the Fourth Circuit Court of Appeals' resolution of United States v. Ali, Case No. 15-4433. As the Government explains in its motion, the issue Petitioner has raised in his motion to vacate have also been raised in Ali so that Ali may be dispositive of Petitioner's claim. *Pro se* Petitioner has not filed an objection to the Government's motion and the time to do so has expired.

**IT IS HEREBY ORDERED** that the Government's Motion to Stay, (Doc. No. 4), is **GRANTED.** The Government shall have 60 days after the Fourth Circuit issues the mandate in Ali to file its response.

Signed: September 19, 2017

Graham C. Mullen
United States District Judge

1